**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02781-LTB-KMT

HELEN GARCIA,

        Plaintiff,

v.

FEDERAL BOND AND COLLECTION SERVICE, INC., a Pennsylvania corporation,

        Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed December 14, 2012), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   December 17, 2012